FORM 26. Docketing Statement

Form 26 (p. 1)
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 24-1815

**Short Case Caption:** Madigan v. Navy

**Filing Party/Entity:** Patrick Madigan

> **Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| Merit Systems Protection Bd. | SF-0752-22-0069-I-1 | Appeal of Final Order |

Relief sought on appeal: ☐ None/Not Applicable

Backpay, front pay, attorneys' fees, costs, interest, reinstatement, and any other relief to which Mr. Madgian may be entitled by law.

Relief awarded below (if damages, specify): ☑ None/Not Applicable

Briefly describe the judgment/order appealed from:

Order entered denying Appellant's Petition for Review of the Initial Decision sustaining his removal from his position as a GS-14 Supervisory General Engineer for the Department of the Army.

Nature of judgment (select one):    Date of judgment: 5/28/24

☑ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain) _____

FORM 26. Docketing Statement                              Form 26 (p. 2)
                                                          July 2020

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued.   ☑ None/Not Applicable

[ ]

Issues to be raised on appeal:   ☐ None/Not Applicable

Decision below was i) arbitrary, capricious, an abuse of discretion, or not otherwise in accordance with law; ii) obtained without procedures required by law, rule, or regulation having been followed; or iii) unsupported by substantail evidence.

Have there been discussions with other parties relating to settlement of this case?
☑ Yes   ☐ No

If "yes," when were the last such discussions?
☐ Before the case was filed below
☑ During the pendency of the case below
☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?   ☑ Yes   ☐ No

If they were mediated, by whom?
Department of the Navy Mediator

Do you believe that this case may be amenable to mediation? ☑ Yes   ☐ No
Explain.
Appellant is open to discussing mediation of his appeal.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

[ ]

Date: 5.28.24                Signature: [signed]
                             Name: Benjamin Johnson

Save for Filing