# United States Court of Appeals for the Federal Circuit

---

**PATRICK J. MADIGAN,**
*Petitioner*

v.

**DEPARTMENT OF THE NAVY,**
*Respondent*

---

2024-1815

---

Petition for review of the Merit Systems Protection Board in No. SF-0752-22-0069-I-1.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

January 12, 2026
Date

Jarrett B. Perlow
Clerk of Court